```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| SHERRY FLETCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:04CV3211 |
| v. ) | |
| ) | |
| ALLTEL COMMUNICATIONS, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

Trial of the above matter was not reached on March 21, and is now rescheduled to 9:00 a.m., May 16, 2005, for a duration of three days as the <u>first civil case</u> before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week. Jury selection will be held at commencement of trial.

DATED this 20th day of April, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge