IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHERRY FLETCHER, and JENNETTA )
SCHWARTZKOPF, )
)
      Plaintiffs, )      4:04cv3211
)
v. )
)
ALLTEL COMMUNICATIONS, )      ORDER
)
      Defendant. )
)

     The Clerk's Office has requested that Document Number 79 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

     IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 79 from the record. The party is directed to re-file the document.

     DATED this 27th day of April, 2005.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge