IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY FLETCHER,            )<br>                             )<br>          Plaintiff,        )<br>                             )             4:04CV3211<br>     v.                      )<br>                             )<br>ALLTEL COMMUNICATIONS,       )<br>                             )                ORDER<br>          Defendant.         )<br>                             ) | |

   IT IS ORDERED,

   1.  Defendant's second motion for continuance, filing 80, is granted and trial of this case shall commence at 9:00 a.m. on May 31, 2005, for a duration of three days before Hon. Richard G. Kopf.  This case will be the <u>FIRST CIVIL case</u> called for trial that week.  Jury selection will be at commencement of trial.

   DATED this 27th day of April, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge