IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHERRY FLETCHER, and JENNETTA    )
SCHWARTZKOPF,                    )
                                 )
            Plaintiffs,          )                4:04cv3211
                                 )
      v.                         )
                                 )
ALLTEL COMMUNICATIONS,           )                ORDER
                                 )
            Defendant.           )
_____ )


    The Clerk's Office has requested that Document Number 83 be stricken from the

record for the following reason(s):

    •      Incorrect/Incomplete PDF document attached.

    IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document

Number 83 from the record.  The Party has re-filed the correct Document.

    DATED this 4th day of May, 2005.

                          BY THE COURT:


                          s/ David L. Piester

                          David L. Piester
                          United States Magistrate Judge