IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY FLETCHER and<br>JENNETTA SCHWATZKOPF, | ) | 4:04CV3211 |
| Plaintiffs, | ) | |
| vs. | ) | **JUDGMENT** |
| ALLTEL COMMUNICATIONS, INC., | ) | |
| Defendant. | ) | |

IT IS ORDERED AND ADJUDGED that:

(1)   Pursuant to the jury's verdict, final judgment is entered in favor of the defendant, ALLTEL Communications, Inc., and against the plaintiff, Sherry Fletcher, providing that the plaintiff shall take nothing, that the action is dismissed on the merits with prejudice, and that the defendant shall recover of the plaintiff the taxable costs of the action, with interest thereon at the rate of 3.32 percent per annum.

(2)   Pursuant to the court's memorandum and order entered on April 6, 2005 (filing 75), granting summary judgment pursuant to Fed. R. Civ. P. 56, final judgment is entered in favor of the defendant ALLTEL Communications, Inc., and against the plaintiff, Jennetta Schwatzkopf, providing that the plaintiff shall take nothing, that the action is dismissed on the merits with prejudice, and that the defendant shall recover of the plaintiff the taxable costs of the action incurred through April 6, 2005, with interest thereon at the rate of 3.32 percent per annum.

DATED: June 3, 2005.        BY THE COURT:

                             s/ Richard G. Kopf
                             United States District Judge